# FINANCIAL AFFIDAVIT

CJA 23 (Rev. 5/99)

IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

IN UNITED STATES ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)
THE CASE OF

_____ VS. _____

FOR
AT

LOCATION NUMBER

PERSON REPRESENTED (Show your full name)
Sean Stark

1 ☐ Defendant - Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other (Specify)

DOCKET NUMBERS
Magistrate
03m-1150-JGD
District Court

Court of Appeals

CHARGE/OFFENSE (describe if applicable & check box →) ☐ Felony  ☐ Misdemeanor

## EMPLOYMENT

Are you now employed? ☒ Yes  ☐ No  ☐ Am Self Employed
Name and address of employer: Patio Pools & Spas
IF YES, how much do you earn per month? $ 1680.00
IF NO, give month and year of last employment. How much did you earn per month? $
If married is your Spouse employed? ☒ Yes  ☐ No
IF YES, how much does your Spouse earn per month? $ 1500
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $

## OTHER INCOME

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes  ☒ No
RECEIVED / SOURCES
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY $ _____ / _____
THE SOURCES

## CASH

Have you any cash on hand or money in savings or checking account ☒ Yes  ☐ No  IF YES, state total amount $ 500

## PROPERTY

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes  ☐ No
VALUE / DESCRIPTION
IF YES, GIVE THE VALUE AND DESCRIBE IT $

## DEPENDENTS

MARITAL STATUS
☐ SINGLE
☒ MARRIED
☐ WIDOWED
☐ SEPARATED OR DIVORCED

Total No. of Dependents: 0

List persons you actually support and your relationship to them

## DEBTS & MONTHLY BILLS

(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME | Creditors | Total Debt | Monthly Payt. |
|---|---|---|---|
| Home | National City Mortgage | $98,000 | $700 |
| Truck | | $29,000 | $550 |
| Car | Compass Bank | $10,000 | $260 |
| Credit Cards | Visa-MC | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) _____

SIGNATURE OF DEFENDANT
(OR PERSON REPRESENTED)