UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.                                                            CR# 03-10362 PBS

SEAN D. STARK

### DEFENDANT'S MOTION FOR TRANSPORTATION FROM ARIZONA TO MASSACHUSETTS, AND TO RETURN TO ARIZONA

Request is hereby made on behalf of Sean D. Stark, for non-custodial transportation to be arranged by the United States Marshal at government expense pursuant to 18 U.S.C. 4285 – or furnish the fare for such transportation to travel from Tucson, Arizona to Boston and return, as well as for funds for his subsistence expenses for two days, per diem, pursuant to 5 U.S.C. 5702 (a) – so he can attend his arraignment in Boston.

Such request is by his attorney, Melvin Norris, who has been appointed to represent Sean D. Stark, and assigns as reason therefore the following:

1.  The defendant is indigent and without funds to pay for transportation and expenses to come to his arraignment, and has been found by the Court to be indigent.

2.  The defendant resides in Arizona, and requires air transportation to come to and return from his arraignment in Boston.

3.  The defendant is charged with Conspiracy to Distribute Marijuana and to Possess with Intent to Distribute Marijuana, as well as Possession with Intent to Distribute Marijuana.

4.  The case is to be scheduled for arraignment on December 19, 2003.

5.  Justice dictates that this motion be allowed.

By his attorney,

Date:  December 12, 2003

Melvin Norris
260 Boston Post Road
Wayland, MA 01778
(508) 358-3305
BBO# 373900