UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Criminal No. 03-CR-10362 (PBS) |
| ) | |
| CHRISTOPHER SUGAR, ) | |
| SEAN D. STARK, ) | |
| TREVOR ROYCE TEAGUE, ) | |
| ANIBAL TORRES, ) | |
|    a/k/a PACE; and ) | |
| FABIAN A. RUIZ, ) | |
| ) | |
|        Defendants. ) | |

## JOINT STATUS REPORT

In accordance with LR 116.5(A), the parties hereby jointly file the following status report in this matter.

1. Local Rule 116.3 Timing Requirements

At this time the parties are not seeking relief from the timing requirements imposed by L.R. 116.3.

2. Expert Discovery

The government anticipates that, unless there is a stipulation regarding the controlled substances involved in this case, it will offer expert testimony regarding the marijuana, as set forth in the indictment, which was seized from defendants Sugar and Stark on October 22, 2003 and then delivered to defendants Ruiz, Torres and Teague on October 24, 2003. The government will disclose any expert materials no later than 14 days before trial.

1

3. <u>Additional Discovery</u>

All Rule 16 and automatic discovery materials have been provided to defendants' counsel or made available for counsels' review to date.

4. <u>Motion Date</u>

The parties are jointly requesting that March 31, 2004 be set as the date for all motions to be filed.

5. <u>Speedy Trial Act Calculations</u>

The parties have conferred on the periods excludable from all Speedy Trial Act calculations and jointly submit that the following periods are excludable:

| | |
|---|---|
| 12/12/03-1/19/04 | Automatic Discovery period/Interests of Justice. |
| 1/20/04-1/21/04 | Two days counted. |

The parties are requesting that the time between the filing of this initial status report and the date of the Final Status Conference be excluded from all Speedy Trial Act calculations in the interests of justice to allow the parties to discuss the possibility of a resolution of this case without trial.

As of the Final Status Conference, 2 days will have been counted and 68 days will remain under the Speedy Trial Act.

6. <u>Anticipated Trial</u>

At this time, the defendants Sugar, Stark, Torres, and Ruiz cannot say yet whether a trial is anticipated. At this time,

2

defendant Teague is anticipating a trial.

7. <u>Final Status Conference</u>

The parties request that a Final Status Conference be scheduled for April 19, 2004, or as soon thereafter as is convenient for the Court.

Respectfully submitted,<br>
MICHAEL J. SULLIVAN<br>
UNITED STATES ATTORNEY

By: _____
CYNTHIA W. LIE
Assistant U.S. Attorney
One Courthouse Way
Boston, MA
(617) 748-3183

Dated: January 21, 2004

_Mark Shea /cl phone consent_         _Mel Norris /cl phone consent on 1/20/04_
Mr. Mark Shea                          Mr. Mel Norris
Attorney at Law  _v. partner_          Attorney at Law
47 3rd Street     _harass_             260 Boston Post Road
Cambridge, MA 02141                    Wayland, MA 01778

Dated: January 21, 2004    Dated: January___, 2004


_____        _Syrie Fried /cl phone consent on 1/20/04_
Elliot M. Weinstein                    Syrie Fried
228 Lewis Wharf                        Federal Defender
Boston, MA 02110                       408 Atlantic Ave
                                       Boston, MA 02210

Dated: January___, 2004     Dated: January___, 2004


_____
Valerie Carter
Carter & Doyle, LLP
530 Atlantic Avenue, 3rd Floor
Boston, MA 02210

3