UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.                                                                CR# 03-10362 PBS

SEAN D. STARK

## DEFENDANT'S MOTION TO JOIN CHRISTOPHER SUGAR'S MOTION TO CONTINUE SUPPRESSION HEARING

     Now comes the defendant, Sean D. Stark, and joins in co-defendant Christopher Sugar's Motion to Continue Suppression Hearing, submitted by his attorney Mark Shea. As reason therefore, the defendant states the information sought by Mr. Sugar for his suppression hearing, the discovery relating to the drug dog, is equally relevant to Mr. Stark's Motion to Suppress. Furthermore, the issues of both Motions to Suppress are identical, and therefore the Suppression Motions should be heard together.

By his attorney,

Date:   April 29, 2004                              /s/ MELVIN NORRIS
                                                                  Melvin Norris
                                                                  260 Boston Post Road
                                                                  Wayland, MA 01778
                                                                  (508) 358-3305
                                                                  BBO# 373900