UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.                                                                      CR# 03-10362 PBS

SEAN D. STARK

### DEFENDANT'S MOTION FOR SUBSISTENCE EXPENSES WHILE IN BOSTON FOR HIS SUPPRESSION MOTION

Request is hereby made on behalf of Sean D. Stark, for funds furnished by the United States Marshal for subsistence expenses pursuant to 18 U.S.C. §4285, and not to exceed the amount authorized as per diem allowance for travel under 5 U.S.C. § 5702(a), so he can attend his suppression hearing in Boston. The defendant requests that this amount be sufficient so he may stay in Boston on the night prior to the Suppression Hearing (May 17, 2004) for the purpose of meeting with his court appointed counsel and reviewing the hearing strategy.

Such request is made by and through his attorney, Melvin Norris, who has been appointed to represent Sean D. Stark, and assigns as reason therefore the following:

1. The defendant is indigent and without funds to pay for transportation and expenses to come to his suppression hearing and stay overnight on May 17, 2004 to confer with his attorney, and has been found by the Court to be indigent.

2. The defendant resides in Tucson, Arizona, and requires air transportation to come to and return from his suppression hearing in Boston, as well as funds for lodging while he is in Boston.

3. The defendant is charged with Conspiracy to Distribute Marijuana and to Possess with Intent to Distribute Marijuana, as well as Possession with Intent to Distribute Marijuana.

4. The case is to be scheduled for a suppression hearing on May 18, 2004.

5. Justice dictates that this motion be allowed.

By his attorney,

Date: May 11, 2004

/s/ Melvin Norris
Melvin Norris
260 Boston Post Road
Wayland, MA 01778
(508) 358-3305
BBO# 373900