UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.                                                              CR# 03-10362 PBS

SEAN D. STARK

### DEFENDANT'S MOTION FOR TRANSPORTATION FROM MASSACHUSETTS TO ARIZONA

Request is hereby made on behalf of Sean D. Stark, for non-custodial transportation to be arranged by the United States Marshal at government expense pursuant to 18 U.S.C. §4285, so he can return to Arizona after he attends his suppression hearing in Boston.

Such request is by his attorney, Melvin Norris, who has been appointed to represent Sean D. Stark, and assigns as reason therefore the following:

1. The defendant is indigent and without funds to pay for transportation and expenses to come to and return from his Suppression Hearing, and has been found by the Court to be indigent.

2. The defendant resides in Tucson, Arizona, and requires air transportation to come to and return from his suppression hearing in Boston.

3. The defendant is charged with Conspiracy to Distribute Marijuana and to Possess with Intent to Distribute Marijuana, as well as Possession with Intent to Distribute Marijuana.

4. The case is to be scheduled for a Suppression Hearing on May 18, 2004.

5.   Justice dictates that this motion be allowed.

                                        By his attorney,


Date:  May 11, 2004                     /s/ Melvin Norris
                                        Melvin Norris
                                        260 Boston Post Road
                                        Wayland, MA 01778
                                        (508) 358-3305
                                        BBO# 373900