AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ Massachusetts

United States of America
V.
Christopher Sugar
Sean Stark

 **WITNESS LIST**

Case Number: 03-CR-10362-PBS

| PRESIDING JUDGE Patti B. Saris | | | PLAINTIFF'S ATTORNEY Cynthia Lie | | DEFENDANT'S ATTORNEY Mel Norris,  Mark Shea | |
|---|---|---|---|---|---|---|
| TRIAL DATE (S) 5/18/04, 5/19 | | | COURT REPORTER Marie Cloonan | | COURTROOM DEPUTY Robert C. Alba | |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | |
| 1 | | 5-18-04 5-19-04 | | | CARMELO CRIVELLO — PHELPS COUNTY SHERIFFS DEPT | |
| | 1 | 5-19-04 | | | SEAN STARK — DEFENDANT | |
| | 2 | 5-19-04 | | | CHRISTOPHER SUGAR — DEFENDANT | |
| | | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.