UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                                            CR#03-10362 PBS

SEAN D. STARK

ASSENTED TO MOTION FOR ENLARGEMENT OF BAIL

      The defendant Sean D. Stark, by his attorney, respectfully requests this Honorable Court to enlarge his conditions of bail are enlarged to allow him to travel from Tucson, Arizona, to Brewer, Maine from May 31, 2004 though June 13, 2004.  Mr. Stark desires to attend his niece's graduation and visit relatives in the area. He will stay with his sister Lynn Green, whose address is 40 Getchell Street, Brewer, Maine, with a telephone number of (207) 478-4978.  He will notify the pretrial office of his itinerary, and will notify pretrial services within 24 hours of his arrival in Maine and within 24 hours of his return to Arizona.

                                                    Sean D. Stark
                                                    By his Attorney,

Date:  May 25, 2004

                                                    /s/
                                                    Melvin Norris
                                                    260 Boston Post Road suite 9
                                                   Wayland, MA 01778
                                                   508 358 3305

stark052504bail