UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | Criminal No. 03-10362-PBS |
| ) | |
| CHRISTOPHER SUGAR and ) | |
| SEAN D STARK, ) | |
| Defendants ) | |

## NOTICE OF APPEAL

Notice is hereby given that the United States of America (the prosecution in the above-captioned case) hereby appeals to the United States Court of Appeals for the First Circuit from the district court's (Saris, J.) June 24, 2004 <u>Memorandum and Order Re: Defendants' Motion to Suppress</u>, suppressing evidence in the case against Christopher Sugar and Sean D. Stark (docketed on June 29, 2004).

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _/s/ Dina Chaitowitz_
DINA MICHAEL CHAITOWITZ
Chief of Appeals
MICHAEL J. PELGRO
Assistant U.S. Attorney

Certificate of Service

I, Dina Michael Chaitowitz, AUSA, hereby certify that I have caused a copy of this notice to be served by first-class mail on: **Mark W. Shea, Esq.**, Shea, Larocque & Wood LLP, 47 Third Street, Suite 201, Cambridge, MA 02141, and **Melvin Norris, Esq.**, 260 Boston Post Road, Suite 9, Wayland, MA 01778 on July 23, 2004.   _/s/_