UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 03-10362-PBS |
| | ) |
| CHRISTOPHER SUGAR and | ) |
| SEAN D STARK, | ) |
|     Defendants | ) |

## CERTIFICATION

The government has filed a notice of appeal to the United States Court of Appeals for the First Circuit from the district court's (Saris, J.) June 24, 2004 <u>Memorandum and Order Re: Defendants' Motion to Suppress</u>, suppressing evidence in the case against Christopher Sugar and Sean D. Stark (docketed on June 29, 2004). Pursuant to 18 U.S.C. §3731, the United States Attorney hereby certifies to the district court that the appeal is not taken for the purpose of delay and that the evidence is a substantial proof of a fact material in the proceeding.

Respectfully submitted,

_____
MICHAEL J. SULLIVAN
United States Attorney

### Certificate of Service

I, Michael Pelgro, AUSA, hereby certify that I have caused a copy of this certification to be served by first-class mail on: **Mark W. Shea, Esq.**, Shea, Larocque & Wood LLP, 47 Third Street, Suite 201, Cambridge, MA 02141, and **Melvin Norris, Esq.**, 260 Boston Post Road, Suite 9, Wayland, MA 01778 on July 23, 2004.

_____
/s/ Michael Pelgro