UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES

V.   CR#03-10362 PBS

SEAN D. STARK

## MOTION FOR COPIES OF TRANSCRIPTS

The defendant Sean D. Stark, by his attorney, respectfully requests this Honorable Court to order the Court Reporter to furnish Counsel with a copy of the transcripts ordered by the Government with reference to the Government's Appeal of this Court's Order of June 24, 2004. The transcripts are of the hearings held on April 18, 2004 and April 19, 2004. Copies of these transcripts are necessary for the defendant to prepare for the appeal.

Sean D. Stark
By his Attorney,

Date:   August 27, 2004

/s/ MELVIN NORRIS
Melvin Norris
260 Boston Post Road suite 9
Wayland, MA 01778
(508) 358-3305