UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Criminal No. 03-10362-PBS |
| | ) | |
| | ) | |
| v. | ) | VIOLATIONS: |
| | ) | 21 U.S.C. § 846-- |
| | ) | Conspiracy to |
| | ) | Distribute Marijuana and |
| | ) | to Possess with Intent to |
| | ) | Distribute Marijuana |
| 1. CHRISTOPHER SUGAR, | ) | |
| 2. SEAN D. STARK, | ) | 21 U.S.C.§ 841(a)(1)-- |
| 3. TREVOR ROYCE TEAGUE; and | ) | Possession with Intent to |
| 4. FABIAN A. RUIZ, | ) | Distribute Marijuana |
| | ) | |
| | ) | 18 U.S.C. § 2--Aiding |
| | ) | And Abetting |
| | ) | |
| | ) | 21 U.S.C. § 853 - |
| | ) | Forfeiture Allegation |
| Defendants. | ) | |

**SUPERSEDING INDICTMENT**

COUNT ONE:   (21 U.S.C. § 846 -- Conspiracy To Distribute Marijuana and to Possess with Intent to Distribute Marijuana)

The Grand Jury charges that:

From a time unknown to the Grand Jury, but beginning no later than in or about October 2003, at Marlborough and Lawrence, in the District of Massachusetts, at Tucson in the District of Arizona, at Rolla in the Eastern District of Missouri, and elsewhere,

        1.    CHRISTOPHER SUGAR
        2.    SEAN D. STARK
        3.    TREVOR ROYCE TEAGUE; and
        4.    FABIAN A. RUIZ

defendants herein, did knowingly and intentionally combine, conspire, confederate, and agree with each other and with persons known and unknown to the Grand Jury, to possess with intent to distribute, and to distribute, marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

The Grand Jury further charges that the conspiracy described herein involved at least 100 kilograms of a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance. Accordingly, Title 21, United States Code, Section 841(b)(1)(B)(vii) applies to this count.

All in violation of Title 21, United States Code, Section 846.

**COUNT TWO**:    (21 U.S.C. § 841(a)(1) -- **Possession with Intent to Distribute Marijuana;** 18 U.S.C. § 2 -- **Aiding and Abetting**)

The Grand Jury further charges that:

On or about October 22, 2003, at Tucson, Arizona, at Rolla, Missouri, and elsewhere,

    1.  **CHRISTOPHER SUGAR;** and
    2.  **SEAN D. STARK**

defendants herein, did knowingly and intentionally possess with intent to distribute marijuana, a Schedule I controlled substance.

The Grand Jury further charges that this offense involved at least 100 kilograms of a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance. Accordingly, Title 21, United States Code, Section 841(b)(1)(B)(vii) applies to this count.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

**COUNT THREE**:   (21 U.S.C. § 841(a)(1) -- Possession with
                   Intent to Distribute Marijuana;
                   18 U.S.C. § 2 -- Aiding and Abetting)

On or about October 24, 2003, at Marlborough, in the District of Massachusetts and elsewhere,

    3.    **TREVOR ROYCE TEAGUE** and
    4.    **FABIAN A. RUIZ**

defendants herein, did knowingly and intentionally possess with intent to distribute marijuana, a Schedule I controlled substance.

The Grand Jury further charges that this offense involved at least 100 kilograms of a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance. Accordingly, Title 21, United States Code, Section 841(b)(1)(B)(vii) applies to this offense.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## FORFEITURE ALLEGATION
### (21 U.S.C. § 853)

The Grand Jury further charges that:

1. As a result of the offenses alleged in Counts One through Three of this Indictment, the defendants,

>   1.  **CHRISTOPHER SUGAR**
>   2.  **SEAN D. STARK**
>   3.  **TREVOR ROYCE TEAGUE**; and
>   4.  **FABIAN A. RUIZ**

shall forfeit to the United States any and all property constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as a result of such offenses; and/or any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violations.

2. If any of the property described in paragraph 1 above, as a result of any act or omission of the defendant,

> (a) cannot be located upon the exercise of due diligence;
>
> (b) has been transferred or sold to, or deposited with, a third party;
>
> (c) has been placed beyond the jurisdiction of the Court;
>
> (d) has been substantially diminished in value; or
>
> (e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of the defendant

up to the value of the property described in paragraph 1.

    All in violation of Title 21, United States Code, Section 853.

**NOTICE OF ADDITIONAL FACTORS**

The Grand Jury further finds that:

1. The defendant **CHRISTOPHER SUGAR** is accountable for at least 100 kilograms, but not more than 400 kilograms, of marihuana. Accordingly, USSG §2D1.1(c)(7) applies to this defendant.

2. The defendant **SEAN STARK** is accountable for at least 100 kilograms, but not more than 400 kilograms, of marihuana. Accordingly, USSG §2D1.1(c)(7) applies to this defendant.

3. The defendant **TREVOR ROYCE TEAGUE** is accountable for at least 100 kilograms, but not more than 400 kilograms, of marihuana. Accordingly, USSG §2D1.1(c)(7) applies to this defendant.

4. The defendant **FABIAN RUIZ** is accountable for at least 100 kilograms, but not more than 400 kilograms, of marihuana. Accordingly, USSG §2D1.1(c)(7) applies to this defendant.

5. The defendant **FABIAN RUIZ** was an organizer, leader, manager, or supervisor in this criminal activity, which involved five or more participants. Accordingly, USSG §3B1.1(a) and (b) apply to this defendant.

A TRUE BILL,

_____
FOREPERSON OF THE GRAND JURY


_____
Cynthia W. Lie
ASSISTANT U.S. ATTORNEY


DISTRICT OF MASSACHUSETTS                October 13, 2004


   Returned into the District Court by the Grand Jurors and filed.

_____
Deputy Clerk

10-13-04 @ 4:09 PM

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No. 03-10362-PBS |
| ) | |
| ) | |
| V. ) | VIOLATIONS: |
| ) | 21 U.S.C. § 846-- |
| ) | Conspiracy to |
| ) | Distribute Marijuana and |
| ) | to Possess with Intent to |
| ) | Distribute Marijuana |
| 1. CHRISTOPHER SUGAR, ) | |
| 2. SEAN D. STARK, ) | 21 U.S.C.§ 841(a)(1)-- |
| 3. TREVOR ROYCE TEAGUE; and ) | Possession with Intent to |
| 4. FABIAN A. RUIZ, ) | Distribute Marijuana |
| ) | |
| ) | 18 U.S.C. § 2--Aiding |
| ) | And Abetting |
| ) | |
| ) | 21 U.S.C. § 853 - |
| ) | Forfeiture Allegation |
| Defendants. ) | |

## SUPERSEDING INDICTMENT

I, the undersigned, foreperson of the grand jury of this court, at the term begun and held at Boston on the _13th_ day of ~~November~~ _October_, 2004 in pursuance of Rule 6(c) of the Federal Rules of Criminal Procedure, do herewith file with the Clerk of the Court a record of the above case, this record not to be made public except on order of the court, to wit:

_____20_____ grand jurors concurring in the indictment.

_____
FOREPERSON

✎JS 45 (5/97) - (Revised USAO MA 3/25/02)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:**          Category No. __II__          Investigating Agency __DEA__

City    __MARLBOROUGH__          Related Case Information:

County  __Middlesex__          Superseding Ind./ Inf.  __X__          Case No.  __03-10362-PBS__
                               Same Defendant  __X__           New Defendant  _____
                               Magistrate Judge Case Number    __03MJ01150-JGD__
                               Search Warrant Case Number   _____
                               R 20/R 40 from District of   _____

**Defendant Information:**

Defendant Name   __TREVOR TEAGUE__                    Juvenile   ☐ Yes   ☒ No

Alias Name   _____

Address   __5151 N. KAIN STREET #152, Tucson, AZ__

Birth date: __x/xx/77__   SS#: __xxx-xx-5808__   Sex: __m__   Race: __Caucasian__   Nationality: __USA__

Defense Counsel if known:   __Elliot M. Weinstein__        Address: __228 Lewis Wharf__
                                                                    __Boston, MA 02210__
Bar Number: _____

**U.S. Attorney Information:**

AUSA   __Cynthia Lie__                Bar Number if applicable  _____

Interpreter:     ☐ Yes   ☒ No        List language and/or dialect:  _____

Matter to be SEALED:   ☐ Yes   ☒ No

    ☐ Warrant Requested          ☐ Regular Process          ☒ In Custody

**Location Status:**

Arrest Date:   __October 24, 2003__

☒ Already in Federal Custody as   __October 24, 2003__   in   __D Mass__
☐ Already in State Custody  _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____ on _____

Charging Document:      ☐ Complaint        ☐ Information        ☒ Indictment

Total # of Counts:      ☐ Petty ____   ☐ Misdemeanor ____   ☒ Felony  __2__

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  __10/13/04__           Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy clerk): _____

Name of Defendant    TREVOR TEAGUE

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC 846 | conspiracy to distribute marijuana | I |
| Set 2  21 USC 841 | possession with intent to distribute marijuana | III |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

JS 45 TEAGUE.wpd - 3/13/02

%JS 45  (5/97) - (Revised USAO MA 3/25/02)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:**        Category No. __II__        Investigating Agency __DEA__

City __MARLBOROUGH__        Related Case Information:

County __Middlesex__        Superseding Ind./ Inf. __X__    Case No. __03-10362-PBS__
                            Same Defendant __X__    New Defendant _____
                            Magistrate Judge Case Number    __03MJ01150-JGD__
                            Search Warrant Case Number    _____
                            R 20/R 40 from District of    _____

**Defendant Information:**

Defendant Name __FABIAN RUIZ__        Juvenile  ☐ Yes  ☒ No

Alias Name _____

Address __1101 W Ebner Place, Tucson, AZ__

Birth date: __x/xx/79__    SS#: __xxx-xx-9270__    Sex: __m__    Race: __Hispanic__    Nationality: _____

Defense Counsel if known: __Valerie Carter__    Address: __530 Atlantic Avenue, 3rd Floor__
                                                          __Boston, MA 02210__
Bar Number: _____

**U.S. Attorney Information:**

AUSA __Cynthia Lie__        Bar Number if applicable _____

Interpreter:  ☒ Yes  ☐ No    List language and/or dialect: __Spanish__

Matter to be SEALED:  ☐ Yes  ☒ No

☐ Warrant Requested        ☐ Regular Process        ☒ In Custody

**Location Status:**

Arrest Date:    __October 24, 2003__

☒ Already in Federal Custody as    __October 24, 2003__    in    __D Mass__
☐ Already in State Custody _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____ on _____

Charging Document:    ☐ Complaint    ☐ Information    ☒ Indictment
Total # of Counts:    ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony __2__

                    Continue on Page 2 for Entry of U.S.C. Citations

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
     accurately set forth above.

Date: __10/13/04__        Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant    Fabian Ruiz

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC 846 | conspiracy to distribute marijuana | I |
| Set 2  21 USC 841 | possession with intent to distribute marijuana | III |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

ADDITIONAL INFORMATION: _____

JS 45 RUIZ.wpd - 3/13/02

JS 45 (5/97) - (Revised USAO MA 3/25/02)

# Criminal Case Cover Sheet   U.S. District Court - District of Massachusetts

Category No. __II__   Investigating Agency __DEA__

Place of Offense:   Related Case Information:   Case No. __03-10362-PBS__
City __MARLBOROUGH__   Superseding Ind./ Inf. __X__   New Defendant _____
County __Middlesex__   Same Defendant __X__   Magistrate Judge Case Number __03MJ01150-JGD__
Search Warrant Case Number _____
R 20/R 40 from District of _____

Juvenile ☐ Yes ☒ No

**Defendant Information:**
Defendant Name __SEAN STARK__
Alias Name _____
Address __10661 E. Keystone Road, Tucson, AZ__   Nationality: __USA__
Birth date: __x/xx/74__   SS#: __xxx-xx-9696__   Sex: __m__   Race: __Caucasian__
Defense Counsel if known: __Mel Norris__   Address: __260 Boston Post Road Suite 9, Wayland, MA 01778__
Bar Number: _____

**U.S. Attorney Information:**
AUSA __Cynthia Lie__   Bar Number if applicable _____

Interpreter: ☐ Yes ☒ No   List language and/or dialect: _____

Matter to be SEALED: ☐ Yes ☒ No
☒ Warrant Requested   ☒ Regular Process   ☐ In Custody

**Location Status:**
Arrest Date: __October 24, 2003__
☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody   ☐ Serving Sentence   ☐ Awaiting Trial
☒ On Pretrial Release:   Ordered by __Dein__   on __10/28/03__

Charging Document:   ☐ Complaint   ☐ Information   ☒ Indictment
☐ Petty   ☐ Misdemeanor   ☒ Felony

Total # of Counts: __2__

Continue on Page 2 for Entry of U.S.C. Citations

☒ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __10/13/04__   Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**     Sean Stark

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 USC 846 | conspiracy to distribute marijuana | I |
| Set 2   21 USC 841 | possession with intent to distribute marijuana | II |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

JS 45 STARK.wpd - 3/13/02

✎JS 45 (5/97) - (Revised USAO MA 3/25/02)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:**  Category No. __II__   Investigating Agency __DEA__

City __MARLBOROUGH__    Related Case Information:

County __Middlesex__
- Superseding Ind./ Inf. __X__   Case No. __03-10362-PBS__
- Same Defendant __X__   New Defendant _____
- Magistrate Judge Case Number __03MJ01150-JGD__
- Search Warrant Case Number _____
- R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __CHRISTOPHER SUGAR__    Juvenile ☐ Yes  ☒ No

Alias Name _____

Address __5052 N. SABINO CANYON, APT 2251, Tucson, AZ__

Birth date: __x/xx/81__   SS#: __xxx-xx-2105__   Sex: __m__   Race: __Caucasian__   Nationality: __USA__

Defense Counsel if known:  __Mark Shea__    Address: __47 Third Street; Suite 201__
                                                        __Cambridge, MA 02141__
Bar Number: _____

**U.S. Attorney Information:**

AUSA  __Cynthia Lie__    Bar Number if applicable _____

Interpreter: ☐ Yes  ☒ No    List language and/or dialect: _____

Matter to be SEALED: ☐ Yes  ☒ No

☐ Warrant Requested    ☒ Regular Process    ☐ In Custody

**Location Status:**

Arrest Date:  __October 24, 2003__

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☒ On Pretrial Release:  Ordered by __Dein__   on __10/28/03__

Charging Document:  ☐ Complaint  ☐ Information  ☒ Indictment

Total # of Counts:  ☐ Petty ____  ☐ Misdemeanor ____  ☒ Felony __2__

Continue on Page 2 for Entry of U.S.C. Citations

☒ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __10/13/04__    Signature of AUSA: _/s/_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant     Christopher Sugar

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC 846 | conspiracy to distribute marijuana | I |
| Set 2  21 USC 841 | possession with intent to distribute marijuana | II |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

ADDITIONAL INFORMATION: _____

JS 45 SUGAR.wpd - 3/13/02