# United States Court of Appeals
## For the First Circuit

**MANDATE**

---

No. 04-2032

UNITED STATES,
Appellant,

v.

CHRISTOPHER SUGAR; SEAN STARK,
Defendants - Appellees.

---

### JUDGMENT

**Entered: January 10, 2005**

Upon consideration of appellant's unopposed motion,

It is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b) with each party to bear its own costs.

Mandate to issue forthwith.

By the Court:

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

Richard Cushing Donovan, Clerk

Richard Cushing Donovan, Clerk

By  **MARGARET CARTER**

Deputy Clerk

Chief Deputy Clerk.

Date: JAN 1 0 2005

[cc: Ms. Chaitowitz, Ms. Lie, Messrs: Pelgro, Shea and Norris]