UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION<br>NO. 03-10362-PBS |
| v. | |
| SEAN D. STARK | |

### NOTICE OF ARRAIGNMENT

SARIS, U.S.D.J.                                                                                              April 26, 2005

    TAKE NOTICE that the above-entitled case has been set for an Arraignment of Defendant Sean Stark on the Superseding Indictment on **May 10, 2005**, at **3:00 p.m.**, in Courtroom No. 19, 7th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts.

By the Court,

/s/ Robert C. Alba
Deputy Clerk

Copies to: All Counsel