UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.  CR# 03-10362 PBS

SEAN D. STARK

## DEFENDANT SEAN STARK MOTION FOR LEAVE TO FILE RESPONSE TO THE GOVERNMENT'S OPPOSITION TO MOTION TO DISMISS

Now comes the defendant, Sean D. Stark, and moves this Honorable Court for leave to file a Response to the Government's Opposition to his Motion to Dismiss the indictment. As reason therefore, the defendant states that the government opposition raises several unanticipated issues and defenses, which the defendant needs to address before this Court.

Respectfully Submitted,

/s/ MELVIN NORRIS

Melvin Norris
260 Boston Post Road
Wayland, MA 01778
(508) 358-3305
BBO# 373900

Dated: April 26, 2005