UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.                                              CR# 03-10362 PBS

SEAN D. STARK

## WAIVER OF ARRAIGNMENT BY SEAN D. STARK PURUSANT TO F.R.C.P. 10

Now comes the above-named Sean D. Stark, and states the following under oath:

1.    I am the defendant in the above matter.

2.    I am charged in a Superceding Indictment in the above matter, issued in October, 2004.

3.    I wish to waive my appearance at my arraignment pursuant to rule 10 of the Federal Rules of Criminal Procedure, without waiving my Motion to Dismiss.

4.    I affirm that I have received a copy the said indictment and that my plea is not guilty.

Signed under the pains and penalties of perjury this ⟨26⟩ day of April, 2005

Sean Stark

Melvin Norris, Attorney for the Defendant
260 Boston Post Rd., Suite 9
Wayland, MA. 01778
508 358 3305