UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION<br>NO.  03-10362-PBS |
| v. | |
| SEAN STARK | |

## NOTICE OF RESCHEDULED MOTION HEARING

SARIS, U.S.D.J.                                                                                               May 12, 2005

      At the request of counsel, the Motion Hearing re: Motion to Dismiss previously scheduled for June 1, 2005, has been **rescheduled** to **June 17, 2005, at 9:30 a.m.**

      By the Court,

       /s/ Robert C. Alba
      Deputy Clerk

Copies to:  All Counsel

resched.ntc