UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.                                                                                          CR# 03-10362 PBS

SEAN D. STARK

### DEFENDANT'S MOTION FOR TRANSCRIPT OF TRIAL TESTIMONY OF CODEFENDANTS AT TRIAL AT GOVERNMENT EXPENSE

The defendant, Sean D. Stark, by his Court-appointed counsel, hereby moves this Honorable Court to Order the preparation of a transcript, at the government's expense, of the trial testimony in the trial of Mr. Stark's codefendants, Fabian Ruiz and Trevor Teague. The testimony in that trial was taken before Judge Young on January 31, 2005, February 1, 2005 and February 2, 2005. The court reporter in that matter was Donald Womack.

As reason therefore, the defendant states that the government has indicated that testimony from that trial may be used at the hearing on Mr. Stark's Motion to Dismiss. Therefore, these transcripts are necessary to prepare for his defense in this matter and to prepare for the hearing on June 16, 2005 regarding Mr. Stark's statements to the government.

The defendant further requests that a CJA form 24 be authorized by this Court.

Respectfully Submitted,

May 18, 2005                                              /s/ MELVIN NORRIS
                                                                    Melvin Norris
                                                                    260 Boston Post Road, Suite 9
                                                                    Wayland, MA 01778
                                                                    (508) 358-3305
                                                                    BBO# 373900