```
                   UNITED STATES DISTRICT COURT
                    DISTRICT OF MASSACHUSETTS
```

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Criminal No. |
| | ) | |
| | ) | 03-CR-10362 (PBS) |
| V. | ) | |
| | ) | |
| SEAN STARK, et al. | ) | |
| | ) | |
| Defendant. | ) | |

**UNITED STATES' MOTION FOR CONTINUANCE ON SUPPRESSION HEARING**

The United States of America, through its attorneys, Michael J. Sullivan, United States Attorney for the District of Massachusetts and Assistant U.S. Attorney Cynthia W. Lie hereby files this motion requesting a continuance on the suppression hearing currently set for June 17, 2005. The reason for this continuance is that the government's main witness from St. Louis, Missouri, Leslee Tate, will be in St. Louis on a trial the week of June 17th. The prosecutor in St. Louis has informed the undersigned AUSA that the St. Louis trial is going forward and that Leslee Tate will be needed for that week. Therefore, the government respectfully requests that this motion be granted and that the hearing be postponed to another date that is convenient for the Court. Defense attorney, Mel Norris, does not object or assent to this motion.

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney

        By:  */s/ Cynthia W. Lie*

        CYNTHIA W. LIE

        Assistant U.S. Attorneys

Dated: June 9, 2005