UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.                                                          CR# 03-10362 PBS

SEAN D. STARK

### DEFENDANT SEAN D. STARK'S OPPOSITION TO GOVERNMENT MOTION TO CONTINUE HEARING

The defendant hereby submits this Opposition to the Government's Motion to Continue the Hearing currently scheduled for June 17, 2005 regarding his Motion to Suppress. As reason therefore, the defendant submits the following:

1. The defendant states that he has purchased non-refundable airline tickets to be present at the Hearing which was scheduled for June 17, 2005 approximately one month ago.

2. The defendant submits that it is fundamentally unfair for him to forfeit the cost of the tickets as a result of the government's failure to plan for this Hearing.

3. The defendant alternatively requests that if the Motion is continued, the government be required to provide airfare to travel from Tucson, Arizona to Massachusetts, and to provide airfare for the return trip, so that he can attend the rescheduled Hearing.

4. Justice dictates that the hearing not be continued or that Mr. Stark be provided airfare for a continued hearing.

                                        Respectfully Submitted,
                                        By his attorney,

Date: June 11, 2005                     /S/ MELVIN NORRIS
                                        Melvin Norris
                                        260 Boston Post Road
                                        Wayland, MA 01778
                                        (508) 358-3305
                                        BBO# 373900