AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ Massachusetts

UNITED STATES
v.
SEAN STARK

**EXHIBIT** ~~~~~~ **LIST**

Case Number: 03-CR-10362-PBS

| PRESIDING JUDGE<br>Patti B. Saris | PLAINTIFF'S ATTORNEY<br>Cynthia Lie / David Tobin | DEFENDANT'S ATTORNEY<br>Mel Norris / Richard Farrell |
|---|---|---|
| TRIAL DATE(S) 6-17-05 | COURT REPORTER Rich Romanow / ~~Marie Cleonan~~ | COURTROOM DEPUTY<br>Robert C. Alba |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 |   | 6-17-05 |   | ✓ | STATEMENT OF RIGHTS |
| 2 |   | 6-17-05 |   | ✓ | PROMPT PRESENTMENT WAIVER FORM |
|   | 1 | 6-17-05 |   | ✓ | CONFIDENTIAL SOURCE AGREEMENT |
| 3 |   | 6-17-05 |   | ✓ | PHELPS COUNTY SHERIFF'S OFFICE INCIDENT REPORT |
| 4 |   | 6-17-05 |   | ✓ | DEA REPORT OF INVESTIGATION |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages