AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ Massachusetts

UNITED STATES
v.
SEAN STARK

WITNESS LIST

Case Number: 03-CR-10362-PBS

| PRESIDING JUDGE<br>Patti B. Saris | PLAINTIFF'S ATTORNEY<br>CYNTHIA LIE / DAVID TOBIN | DEFENDANT'S ATTORNEY<br>MEL NORRIS / RICHARD FARRELL |
|---|---|---|
| TRIAL DATE(S) 6-17-05 | COURT REPORTER Rich Romanow ~~Marie Cloonan~~ | COURTROOM DEPUTY<br>Robert C. Alba |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 6-17-05 | | | ROBERT J. HANSON |
| 2 | | 6-17-05 | | | DAVID O'NEILL |
| | 1 | 6-17-05 | | | SEAN STARK |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages