UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.                                                    Cr. No. 03-10362 PBS

SEAN D. STARK


### NOTICE OF PUBLIC AUTHORITY DEFENSE
### FRCP 12.3

Notice is hereby by the Defendant, Sean D. Stark, that he intends to asserts a

defense of actual or believed exercise of public authority on behalf of a law enforcement

agency at the time of the alleged offense.  The Law Enforcement Agency he was working

for was the DEA, on the dates of October 22,  23, and October 24, 2003.  The DEA

Agents involved (that are known at this time) were Robert Hanson, Leslie Tate, David

O'Neill and Michael McCormack.


By his attorney

Melvin Norris
260 Boston Post Rd.
Wayland, MA. 01778
508 358 3305


Sworn and subscribed to under the pains and penalties of perjury this 26 day of
July, 2005

SEAN D. STARK


Signed and sworn to before me this 26 July, 2005,


Official Seal
NOTARY PUBLIC
STATE OF ARIZONA
County of Pima
M. CHRISTINA CELAYA
My Commission Expires May 17, 2008

Notary public
My commission expires   17 May 2008