UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

CRIMINAL ACTION
NO. 03-10362-PBS

v.

SEAN STARK

## NOTICE OF RESCHEDULED JURY TRIAL

SARIS, U.S.D.J.                                                                                    September 8, 2005

      The Jury Trial previously scheduled for September 26, 2005, has been **rescheduled** to **October 11, 2005, at 9:00 a.m.**

By the Court,

/s/ Robert C. Alba
Deputy Clerk

Copies to:  All Counsel

resched.ntc