UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.                                                  CR# 03-10362 PBS

SEAN D. STARK

## DEFENDANT'S MOTION TO CONTINUE TRIAL DATE

Now comes the defendant and moves this Honorable Court to reschedule the trial, currently set for November 11, 2005, to December 12, 2005.  As reason therefore, the defendant states the following:

1.        Counsel for the defendant currently has four pending trials, one of which was already scheduled for November 11, 2005, which are as follows:

      a.    11/11/05    US v. Rowe (04-10247 NMG)

      b.    11/17/05    Davis v. Rivera (Massachusetts State Court)

      c.    11/24/05    US v. Green (04-10234 NMG)

      d.    12/05/05    US v. Hussain (03-40012 FDS)

2.        Undersigned counsel has been advised that AUSA Lie is also scheduled for a trial in November, in the case of US v. Grande before Judge Stearns.

-1-

Wherefore, the defendant requests that this trial be scheduled for December 12, 2005, or thereafter.

Respectfully Submitted
By his attorney,


Date:   September 12, 2005                    /s/ Melvin Norris
Melvin Norris
260 Boston Post Road
Wayland, MA 01778
(508) 358-3305
BBO# 373900