UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION<br>NO.  03-10362-PBS |
| v. | |
| SEAN STARK | |

### NOTICE OF MOTION HEARING

SARIS, U.S.D.J.                                                                                              November 17, 2005

      TAKE NOTICE that the above-entitled case has been set for a Motion Hearing re: Motion in Limine on **November 29, 2005**, at **10:00 a.m.**, in Courtroom No. 19, 7th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts.

                                                        By the Court,

                                                         /s/ Robert C. Alba
                                                        Deputy Clerk

Copies to:  All Counsel