UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) CRIMINAL No. |
| v. | ) |
| | ) |
| | ) 03-CR-10362 (PBS) |
| SEAN STARK et al. | ) |
| | ) |
| Defendant. | ) |

## DISMISSAL OF SEAN STARK FROM COUNT TWO OF THE INDICTMENT AND SUPERSEDING INDICTMENT

Pursuant to FRCP 48(a), the United States Attorney for the District of Massachusetts, Michael J. Sullivan, hereby dismisses Sean Stark from Count Two of the Indictment and Superseding Indictment. In support of this dismissal, the government states that the dismissal is in the interests of justice.

Dated: 11-28-05

Respectfully submitted,

_____
MICHAEL J. SULLIVAN
United States Attorney

Leave to File Granted:

_____
PATTI B. SARIS
United States District Court

Dated: _____