UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL No. |
| v. | ) | |
| | ) | |
| | ) | 03-CR-10362 (PBS) |
| SEAN STARK | ) | |
| | ) | |
| Defendant. | ) | |

**GOVERNMENT'S LIST OF POTENTIAL EXHIBITS**

The United States of America, through its attorneys, Michael J. Sullivan, United States Attorney for the District of Massachusetts and Assistant U.S. Attorneys Cynthia W. Lie and Jennifer Hay Zacks, hereby files the following Supplemental List of Potential Exhibits for the trial in the above-captioned matter. The government reserves its right to supplement or modify the list with reasonable notice to the defendants:

| **Exhibit** | **Description** |
|---|---|
| 1 | Photograph of RV |
| 2 | Two cellular telephones seized from Ruiz at time of his arrest on 10/24/03, N-10 |
| 3 | Telephone records of 978-996-1560, cell phone used by Anibal Torres |
| 4 | Telephone records for 520-360-2538, cell phone used by Fabian Ruiz |
| 5 | Telephone records for 520-237-6430, cell phone used by Fabian |
| 6 | Link Trailor Repair Form, N-6 |

| 7 | Quick Release Form of Volkswagen Beetle to Sean Stark |
| 8 | RMV information on Sean Stark's Volkswagen Beetle |
| 9 | Immunity Order and related paperwork for Fabian Ruiz |
| 10 | Plea agreement of Anibal Torres |
| 11 | Immunity Order and related paperwork for Christopher Sugar |

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:  /s/ Cynthia W. Lie

CYNTHIA W. LIE
JENNIFER HAY ZACKS
Assistant U.S. Attorneys

Dated: December 1, 2005