```
                  UNITED STATES DISTRICT COURT
                  DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA       )
                               )         CRIMINAL No.
          v.                   )
                               )
                               )         03-CR-10362 (PBS)
SEAN STARK                     )
                               )
          Defendant.           )
```

**GOVERNMENT'S LIST OF POTENTIAL WITNESSES**

The United States of America, through its attorneys, Michael J. Sullivan, United States Attorney for the District of Massachusetts and Assistant U.S. Attorneys Cynthia W. Lie and Jennifer Hay Zacks, hereby files the following List of Potential Witnesses for the trial in the above-captioned matter. The government reserves the its right to supplement or modify the list with notice to the defendant:

**DRUG ENFORCEMENT ADMINISTRATION, Boston, Massachusetts**
Special Agent James M. Catalano
Special Agent Robert Donovan
Special Agent David X. O'Neill
Special Agent Kevin C. Frye

St. Louis: Special Agent Leslee M. Tate

**MASSACHUSETTS BAY TRANSIT AUTHORITY**
Peter McCarron
Michael Cauley

**MASSACHUSETTS STATE POLICE**
Massachusetts State Trooper Shawn A. Murray
Massachusetts State Trooper Jeffrey J. Lugas
Massachusetts State Trooper Francis Glasheen
Massachusetts State Trooper, Sgt. Robert B. Nugent

**CIVILIAN WITNESSES**
Anibal Torres
Christopher Sugar
Fabian Ruiz

Dated: December 1, 2005

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:  */s/ Cynthia W. Lie*

CYNTHIA W. LIE
JENNIFER HAY ZACKS
Assistant U.S. Attorneys