UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.                                                                                          CR# 03-10362 PBS

SEAN D. STARK

## DEFENDANT SEAN STARK'S MOTION FOR COPY OF GOVERNMENT'S § 5K1.1 MOTION FOR GOVERNMENT'S COOPERATING WITNESS ANIBAL TORRES

Now comes the defendant, Sean D. Stark, and moves this Honorable Court to order the government to provide him with a copy of the government's substantial assistance motion under U.S.S.G. § 5K1.1 as to Anibal Torres. As reason therefore, the defendant states that Mr. Torres was listed on the government's witness list for the trial in this matter, and he requires access to the motion filed by the government for the purpose of preparation of the case for trial.

Respectfully Submitted,

/s/ MELVIN NORRIS

Melvin Norris
260 Boston Post Road
Wayland, MA 01778
(508) 358-3305
BBO# 373900

Dated: December 2, 2005