```
                     UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS
_____
                              )
UNITED STATES OF AMERICA      )
                              )
                              )
                              )   CRIMINAL NO. 03-CR-10362-PBS
v.                            )
                              )
SEAN STARK,                   )
                              )
     Defendant.               )
_____)
```

**<u>NOTICE OF APPEARANCE</u>**

To the Clerk:

    Please enter my appearance in the above-captioned case as counsel for the United States of America.

```
                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                         By: /s/Jennifer Hay Zacks
                              Jennifer Hay Zacks
                              Assistant U.S. Attorney
                              John J. Moakley U.S.
                              Courthouse
                              1 Courthouse Way, Suite 9200
                              Boston, MA  02210
Dated: December 6, 2005       (617) 748-3100
```

1