UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION<br>NO. 03-10362-PBS |
| v. | |
| SEAN STARK | |

### ORDER OF THE COURT

December 6, 2005

It is hereby ORDERED that the United States Marshal Service produce Fabian Ruiz (USM #24968-038) in Courtroom #19 at the United States District Court, 1 Courthouse Way, Boston, Massachusetts, on Monday, December 12, 2005, at 9:00 a.m. in the case of the United States of America v. Sean Stark, 03-CR-10362.

    /s/ Patti B. Rasis
United States District Judge

Copies to: All Counsel