UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.                                                                                              CR# 03-10362 PBS

SEAN D. STARK

### DEFENDANT'S OPPOSITION TO THE GOVERNMENT'S MOTION TO CONTINUE TRIAL DATE

Now comes the defendant, Sean Stark, by court appointed counsel, and Opposes the Government's Motion to Continue Trial Date filed on December 6, 2005. As reason therefore, the defendant states that this Court previously rescheduled the trial date to the current trial date two months ago. The government has had ample opportunity to bring any witnesses to Massachusetts that were necessary for the trial, since the defendant's counsel had indicated that he would go to trial.

Respectfully Submitted,
By his attorney,

Date:   December 6, 2005                       /s/ MELVIN NORRIS
                                               Melvin Norris
                                               260 Boston Post Road, Suite 9
                                               Wayland, MA 01778
                                               (508) 358-3305
                                               BBO# 373900