UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.                                                                          CR# 03-10362 PBS

SEAN D. STARK

## DEFENDANT'S MOTION FOR DOCUMENTS RELATING TO GOVERNMENT WITNESSES

Now comes the defendant, Sean Stark, by court appointed counsel, and requests that this Court order the government, probation or the clerk's office to provide the following documents before trial:

1. The Financial Affidavits for Fabian Ruiz, Anibal Torres, and Trevor Teague; and

2. Copies of the probation presentence reports for Fabian Ruiz, Anibal Torres, and Trevor Teague.

As reason therefore, the defendant states that those witnesses were co-defendants in the above case, and at least one of them has agreed to cooperate with the expectation of a U.S.S.G. § 5K motion to be made by the government. These documents are necessary for the trial in this matter with regard to thorough cross-examination of the witnesses.

                                            Respectfully Submitted,
                                            By his attorney,

Date:  December 7, 2005              /s/ MELVIN NORRIS
                                            Melvin Norris
                                            260 Boston Post Road, Suite 9
                                            Wayland, MA 01778
                                            (508) 358-3305
                                            BBO# 373900