UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.  CR# 03-10362 PBS

SEAN D. STARK

### DEFENDANT'S PROPOSED JURY VERDICT SLIP

As to the charge of Conspiracy with Intent to Distribute Marijuana, Do you, the jury, find

Mr. Stark:   Not Guilty: _____

Guilty: _____

Respectfully Submitted
By his attorney,

Date:  December 8, 2005         /s/ Melvin Norris
Melvin Norris
260 Boston Post Road
Wayland, MA 01778
(508) 358-3305
BBO# 373900

-1-