UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.                                                           CR# 03-10362 PBS

SEAN D. STARK

### DEFENDANT'S MOTION TO SEQUESTER WITNESSES

Now comes the defendant, Sean Stark, by court appointed counsel, and moves this Honorable Court to order that the witnesses be sequestered in this matter.

                                                            Respectfully Submitted
                                                            By his attorney,

Date:   December 8, 2005                   /s/ Melvin Norris
                                                            Melvin Norris
                                                            260 Boston Post Road
                                                            Wayland, MA 01778
                                                            (508) 358-3305
                                                            BBO# 373900