```
            UNITED STATES DISTRICT COURT
             DISTRICT OF MASSACHUSETTS
```

UNITED STATES OF AMERICA    )
                            )      CRIMINAL No.
         v.                 )
                            )
                            )      03-CR-10362 (PBS)
SEAN STARK                  )
                            )
         Defendant.         )

### GOVERNMENT'S REVISED LIST OF POTENTIAL EXHIBITS

The United States of America, through its attorneys, Michael J. Sullivan, United States Attorney for the District of Massachusetts and Assistant U.S. Attorneys Cynthia W. Lie and Jennifer Hay Zacks, hereby files the following Revised List of Potential Exhibits for the trial in the above-captioned matter. The government reserves its right to supplement or modify the list with reasonable notice to the defendants:

| Exhibit | Description |
|---------|-------------|
| 1 | Photograph of RV |
| 2 | Two cellular telephones seized from Ruiz at time of his arrest on 10/24/03, N-10 |
| 3 | Telephone records for 520-360-2538, cell phone used by Fabian Ruiz |
| 4 | Telephone records for 520-237-6430, cell phone used by Sean Stark |
| 5 | Telephone records of 978-996-1560, cell phone used by Anibal Torres |
| 6 | Quick Release Form of Volkswagen Beetle to Sean Stark |

| 7  | RMV information on Sean Stark's Volkswagen Beetle              |
| 8  | Plea agreement of Anibal Torres                                |
| 9  | Immunity Order and related paperwork for Fabian Ruiz           |
| 11 | Immunity Order and related paperwork for Christopher Sugar     |

                                        Respectfully submitted,

                                        MICHAEL J. SULLIVAN
                                        United States Attorney

                                        By:  /s/ *Cynthia W. Lie*

                                        CYNTHIA W. LIE
                                        JENNIFER HAY ZACKS
                                        Assistant U.S. Attorneys

Dated: December 10, 2005