AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF __Massachusetts__

UNITED STATES OF AMERICA  
V.  
SEAN STARK

**EXHIBIT LIST**

Case Number: 03-CR-10362-PBS

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Patti B. Saris | Cynthia Lie, Jennifer Zacks | Melvin Norris, Richard Farrell |
| TRIAL DATE(S) 12-12-05, 12-13, 12-14 | COURT REPORTER<br>Lee Marzilli | COURTROOM DEPUTY<br>Robert C. Alba |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 12/12/05 | | ✓ | LARGE POSTER OF RV |
| 2 | | 12/12/05 | ✓ | ✓ | CELLULAR TELEPHONES SEIZED FROM FABIAN RUIZ |
| 3 | | 12/12/05 | | ✓ | CELLULAR PHONE RECORDS - RUIZ |
| 4 | | 12/12/05 | | ✓ | CELLULAR PHONE RECORDS - STARK |
| 5 | | 12/12/05 | | ✓ | CELLULAR PHONE RECORDS - TORRES |
| 6 | | 12/13/05 | | ✓ | DEA FORM 292 - VEHICLE INDEMNITY AGREEMENT |
| 7 | | 12/13/05 | | ✓ | ARIZONA RMV RESPONSE TO VEHICLE INQUIRY |
| 8 | | 12/13/05 | | ✓ | PLEA AGREEMENT - ANIBAL TORRES |
| ~~9~~ | | ~~12/13/05~~ | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages