%AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF     Massachusetts

UNITED STATES OF AMERICA
V.
SEAN STARK

 **WITNESS LIST**

Case Number: 03-CR-10362-PBS

| PRESIDING JUDGE<br>Patti B. Saris | PLAINTIFF'S ATTORNEY<br>Cynthia Lie, Jennifer Zacks | DEFENDANT'S ATTORNEY<br>Melvin Norris, Richard Farrell |
|---|---|---|
| TRIAL DATE(S) 12-12-05, 12-13, 12-14 | COURT REPORTER<br>Lee Marzilli | COURTROOM DEPUTY<br>Robert C. Alba |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 12-12-05<br>12-13-05 | | | DAVID O'NEILL — SPECIAL AGENT, DEA |
| 2 | | 12-13-05 | | | PETER McCARON — MBTA POLICE |
| 3 | | 12-13-05 | | | ANIBAL TORRES, JR. |
| 4 | | 12-13-05 | | | ROBERT DONOVAN — SPECIAL AGENT - DEA |
| 5 | | 12/13/05 | | | FABIAN RUIZ |
| 6 | | 12/14/05 | | | KEVIN FRYE |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages