Case 1:03-cr-10362-PBS  Document 285  Filed 12/14/2005  Page 1 of 1



United States District Court

United States
   v.
Sean Stark

CR NO 03-10362-PBS

MOTION FOR JUDGMENT OF ACQUITTAL

Now comes the defendant and moves that this Honorable Court direct a verdict of acquittal in his case. As reason therefore, the defendant states that the government has failed to present sufficient evidence for a Guilty verdict.

Sean Stark
by His Attorney
[signature]

12/14/05

[signature] Denied

[signature] Patti B Saris