UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

)
UNITED STATES OF AMERICA   )
                          )
         v.               )  CRIMINAL ACTION NO. 03-10362-PBS
                          )
SEAN STARK,               )
         Defendant.       )
                          )

**VERDICT FORM**

Received 12-14-05 at 2:43pm

Saris, U.S.D.J.

1. **Count One**: Conspiracy to Distribute Marijuana and to Possess with Intent to Distribute Marijuana

    \_\_\_\_\_ Not Guilty

    ✓ Guilty

**[If you find defendant not guilty on Count 1, skip Question 2. If you find defendant guilty on Count 1, answer Question 2.]**

2. How much marijuana, in total, was involved in the conspiracy in Count 1? [**check only one**]

    \_\_\_\_\_ Less than 50 kilograms of marijuana

    ✓ 100 kilograms or more of marijuana

We, the jury, unanimously concur in the above answers.

_____
JURY FOREPERSON

Dated: 12/14/05  2:31pm