UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.                                              Crim. No. 03-10362-PBS

SEAN STARK

NOTICE OF APPEAL

Notice is hereby given, pursuant to F.R.App.Pro.3 and 4 that SEAN STARK, the defendant in the above named case, hereby appeals to the United States Court of Appeals for the First Circuit from the following orders and judgment of the District Court:

1. Denial of defendant's Motion to Dismiss (docket entry 182, 191) as reflected in the Court's Order of July 19, 2005 denying defendant's Motion to Suppress certain statements (Docket No. 214);
2. Denial of defendant's Motion for Judgment of Acquittal filed December 14, 2005 and Motion for New Trial;
3. Denial of defendant's Safety Valve credit under the Sentencing Guidelines during the Sentencing Hearing on April 13, 2006.
4. The defendant's sentence; and
5. The defendant's conviction.

By his counsel,

Dated: April 19, 2006           /s/ Melvin Norris

Melvin Norris
BBO# 393600
260 Boston Post Road
Wayland, MA 01778
(508) 358-3305

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document was served upon the Office of United States Attorney by electronic filing on this date.

Melvin Norris