U.S. Department . Justice

Federal Bureau of Prisons

*Designation & Sentence Computation Center*
*346 Marine Forces Drive*
*Grand Prairie, Texas 75051*

May 1, 2006

The Honorable Patti B. Saris
Judge of the U.S. District Court
  for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA 02210

Re: **STARK, Sean D.**
    Reg. No. 24965-038
    Docket No. 1:03CR10362-002-PBS

Dear Judge Saris:

   Thank you for your recommendation that Sean D. Stark serve his term of confinement at the Federal Correctional Institution, in Safford, Arizona. Mr. Stark was recently sentenced in your court to a 60-month term for Conspiracy to Distribute Marijuana, and Possession with Intent to Distribute Marijuana.

   During the designation process, we were aware of your recommendation. Regrettably, in the case of Mr. Stark, your recommendation cannot be followed. Mr. Stark has separation concerns at the facility in Safford, Arizona. Accordingly, Mr. Stark has been designated to the minimum security level facility (FCI La Tuna) in Anthony, Texas.

   We regret we were unable to comply with the Court's recommendation. Please be assured of our continued commitment to comply with judicial recommendations whenever possible.

Sincerely,

Rebecca Tamez
Chief

cc: Warden, FCI La Tuna