**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

USDC Docket Number : 03-cr-10362

United States of America

v.

Sean Stark

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered: 300, 301

and contained in Volume(s) NOA # 300 are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 4/19/2006.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on May 23, 2006.

Sarah A Thornton, Clerk of Court

By: _Jeanette Ramos_
Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: 5.31.06.

_SC_
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: 06-1853

- 3/06