# United States Court of Appeals
## For the First Circuit

No. 06-1853

UNITED STATES OF AMERICA,

Appellee,

v.

SEAN STARK,

Defendant, Appellant.

**JUDGMENT**

Entered: August 16, 2007

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: Sean Stark's conviction and sentence are affirmed.

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

*Jennifer Colardo*
Deputy Clerk

Date: 9·10·07

By the Court:

Richard Cushing Donovan, Clerk

[cc: Ms. Lie, Ms. Zacks, Ms. Chaitowitz, Mr. Burstein, & Mr. Norris.]